**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                  CASE NO: 8:06-cr-464-T-EAK-TGW

ROBET LEE WILLIAMS


**Order Granting Defendant's Unopposed Motion for Prison-Term Reduction Under**
**18 U.S.C. § 3582(c)(2) Based on USSG Amend. 782**

Before the Court is the defendant's motion to reduce his prison term under 18 U.S.C.

§ 3582(c)(2) based on USSG Amend. 782, a retroactive guideline amendment, *see* USSG

§1B1.10(d) (2014). Doc. 757. The United States does not oppose a reduction of thirty-seven

(37) months. Doc. #757. The Court agrees that he is eligible for a reduction and adopts the

amended guideline calculations. Doc. #757.

Having reviewed the facts in both the original presentence investigation report and the

February 18, 2016 memorandum from the United States Probation Office in light of the

factors in 18 U.S.C. § 3553(a) and the need to consider the nature and seriousness of any

danger posed by a reduction, *see* USSG §1B1.10, comment. (n.1(B)(ii)), the Court finds that

a reduction of  37 months is warranted. Consistent with USSG §1B1.10(e)(1).

Thus:

(1)     The Court grants the defendant's motion for 37 months, Doc. 757.

(2)     The Court reduces the defendant's prison term from 188 to 151 months or

time served, whichever is greater.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 17th day of

March, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record